1  ChengZhongPing.ord

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910-5059
   TEL: 472-7332
6  FAX: 472-7215

7  Attorney's for United States of America

8

9                IN THE UNITED STATES DISTRICT COURT

10               FOR THE DISTRICT OF GUAM

11  UNITED STATES OF AMERICA,          )    CRIMINAL CASE NO. 02-00053
                                       )
12                 Plaintiff,          )
                                       )         O R D E R
13         v.                          )
                                       )    Re: United States Petition to Remit
14  ZONG PING CHENG                    )        Special Assessment Fee
    aka CHONG ZHONG PING               )
15  aka "PETER,                        )
                                       )
16                 Defendant.          )
    _____)

17

18        Based upon the Plaintiff's Petition to Remit the Special Assessment Fee, the Court

19  hereby finds that for the reasons stated in the Plaintiff's Petition, reasonable efforts to collect the

20  special assessment fee are not likely to be effective.  Likewise, the Court finds that it is in the

21  interest  of justice to remit the defendant's unpaid special assessment fee.  Accordingly, the

22  Court orders that the defendant's special assessment fee inclusive of any interest or penalties are

23  hereby remitted.

24        **SO ORDERED** this 30th day of January 2006.

25

26

27                                    JOAQUIN V.E. MANIBUSAN, JR.
                                      U.S. Magistrate Judge

28
                      ORIGINAL