PROB 34
(Rev. 5/01)

**Report and Order Terminating Supervised Release**

# UNITED STATES DISTRICT COURT

FOR THE

*District of Guam*



FILED
DISTRICT COURT OF GUAM

NOV - 9 2006

MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

v.

ZHONG PING CHENG

CRIMINAL CASE NO. 02-00053-001

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **October 6, 2006**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

Reviewed by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: Marivic P. David, AUSA
     Howard Trapp, Defense Counsel
     Guam Bureau of Immigration and Customs Enforcement
     File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 9th day of November 2006.

_____
HON. FRANCES TYDINGCO-GATEWOOD
Chief Judge
District of Guam

RECEIVED
NOV - 9 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL